# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VYNAMIC, LLC, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DIEBOLD NIXDORF, INC., | : | No. 18-577 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **15th** day of **January**, **2019**, upon consideration of Plaintiff's Motion for Summary Judgment on Its First, Second, and Fourth Claims for Relief, Defendant's Motion for Summary Judgment, the oppositions and replies filed in this case, and for the reasons provided in this Court's Memorandum dated January 15, 2019, it is **ORDERED** that:

1. Defendant's motion (Document No. 37) is **DENIED**.
2. Plaintiff's motion (Document No. 38) is **DENIED**.

                                              **BY THE COURT:**

                                              **Berle M. Schiller, J.**