# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VYNAMIC, LLC, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DIEBOLD NIXDORF, INC., | : | No. 18-577 |
| Defendant. | : | |

## ORDER AND ENTRY OF JUDGMENT

**AND NOW**, this **17th** day of **June 2019**, following a bench trial on February 4 and 5, 2019, and upon review of the record, including the parties' proposed findings of fact and conclusions of law, it is **ORDERED** that:

1. Judgement is entered in favor of Diebold Nixdorf and against Vynamic, LLC on Vynamic's claims.

2. Plaintiff's Motion to Strike Certain Paragraphs of Defendant's Supplemented Proposed Findings of Fact (Document No. 97) is **DENIED as moot**.

BY THE COURT:

_____
**Berle M. Schiller, J.**