# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VYNAMIC, LLC, : | |
|     Plaintiff : | |
| : | CIVIL ACTION |
| vs. : | |
| : | NO. 18-577 |
| DIEBOLD NIXDORF, INC., : | |
|     Defendant : | |

## JUDGMENT

**AND NOW**, this 7th day of October, 2019, judgment is hereby entered in favor of Defendant Diebold Nixdorf, Inc., and against Plaintiff Vynamic, LLC, in the amount of $32,181.31.

The amount requested in the Defendant's Bill of Costs (Docket No. 118) is reduced by $3,550.81 in accordance with the Defendant's Response (Docket No. 120) to the Plaintiff's Objections.

 

KATE BARKMAN
Clerk of Court


By:   <u>s/ Terry Milano</u>
       Deputy Clerk